# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:95CR23

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| RAYMOND WATKINS ) | |

**THIS MATTER** is before the Court on oral motion of the Defendant's counsel to continue the probation revocation hearing from the June 16, 2005, calendar.

Because it appears counsel may not have received advance notice of the hearing date and time,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for continuance is hereby **ALLOWED**, and this case is continued from the June 16, 2005, calendar.

**Signed: June 20, 2005**

Lacy H. Thornburg
United States District Judge