# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
## Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:95CR23-01 |
| vs. | ) | |
| | ) | |
| RAYMOND WATKINS | ) | |

_____

## ORDER

_____ The above-named defendant was under supervised release with the U. S. Probation Office from 10/31/2003 until 7/27/2005. On 4/12/2005 the defendant was arrested upon a Violation Petition alleging new criminal conduct. Subsequent to the defendant's arrest his home was searched and a glass punch bowl containing a Keltec .40 caliber pistol was located above the refrigerator. The punch bowl and pistol were seized as evidence.

_____ On 7/27/2005 the defendant appeared in U. S. District Court, Asheville, NC before the Honorable Lacy H. Thornburg to answer to the charge of Supervised Release Violation. At that time his supervised release was revoked and the defendant was sentenced to 12 months imprisonment. Additionally, the defendant was indicted under a new case charging him with Possession of a Firearm by a Convicted Felon (1:05CR208-01) and was sentenced by Judge Thornburg 2/9/2006 to 60 months imprisonment consecutive to the sentence in 1:95CR23-01. The Keltec handgun was ordered destroyed by the Court at that time.

The supervising probation officer has made numerous attempts to return the glass punch bowl to the Watkins family. However, they have failed to respond to his request for them to pick the item up.

For the reasons stated herein, it is ordered the glass punch bowl seized by the U. S. Probation Office be destroyed by the U. S. Probation Office

Signed: December 16, 2010

_____
Martin Reidinger
United States District Judge